■ CENTRAL NATIONAL BANK OF NEW YORK, Respondent, v FUGAZY CONTINENTAL CORP. et al., Appellants. — Appeal from judgment, Supreme Court, New York County (A. R. Tyler, J.), entered on August 13, 1982, withdrawn, with prejudice and without costs to any party as against any other party. No opinion. Concur — Murphy, P. J., Kupferman, Sullivan, Asch and Alexander, JJ.

■ REPUBLIC CLAIMS SERVICE CO., as Agent of PONDEROSA INSURANCE CO., et al., Respondents, v STATE FARM INSURANCE COMPANY, Appellant. — Appeal from the judgment of the Supreme Court, New York County (Blyn, J.), entered on July 29, 1981, withdrawn, without costs. No opinion. Concur — Sandler, J. P., Markewich, Bloom, Fein and Milonas, JJ. [108 Misc 2d 1021.]

■ JOSEPH CAPOZZI, Appellant, v 709 NINTH AVENUE REALTY CORP., Respondent. — Appeal from order, Supreme Court, New York County (A. R. Tyler, J.), entered on May 14, 1982, withdrawn, without costs to either party as against the other. No opinion. Concur — Ross, J. P., Asch, Markewich, Bloom and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL LEO, Appellant. — Judgment, Supreme Court, New York County (Levittan, J.), rendered on September 15, 1981, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Ross, J. P., Carro, Asch, Bloom and Fein, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL GEANTY, Appellant. — Judgments, Supreme Court, New York County (Rothwax, J.), rendered on April 7, 1981, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Ross, J. P., Carro, Asch, Bloom and Fein, JJ.